# AFFIDAVIT OF SERVICE

| Case:<br>2484CV00531-BLS2 | Court:<br>Suffolk Superior Civil Court | County:<br>, MA | Job:<br>10757417 (22544865) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Angela Gonneville | | Defendant / Respondent:<br>Lens.com, Inc. | |
| Received by:<br>One Legal, an InfoTrack Company | | For:<br>Phillips Garcia Law | |
| To be served upon:<br>Lens.com, Inc. | | | |

| | |
|---|---|
| Recipient Name: | Karen Scott |
| Recipient Address: | Business: 4730 S Fort Apache Rd Suite 300, Las Vegas, NV 89147 |
| Manner of Service: | Business Serve, Mar 28, 2024, 8:59 am PDT |
| Documents: | Summons, Class Action Complaint, Civil Action Cover Sheet, Notice of Acceptance into Business Litigation Session (BLS2), Demand Pursuant to Massachusetts General Law Chapter 93A Section 9 |

Diligence / Comments:
1) Successful Attempt: Mar 28, 2024, 8:59 am PDT at Business: 4730 S Fort Apache Rd Suite 300, Las Vegas, NV 89147 received by Karen Scott. Age: 55-60; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'4"; Hair: Black; Eyes: Black; Other: Served registered agent authorized except Documents, Karen Scott;

Statement(s):
I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

*[signature]*                                       03/29/2024
_____      _____
Reggie Mitchell                                     Date
Registration: R-2019-12597

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815