UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA GONNEVILLE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>LENS.COM, INC.,<br><br>  Defendant. | Civ. A. No. |

## DEFENDANT LENS.COM, INC.'S NOTICE OF REMOVAL

The defendant, Lens.com, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

LENS.COM, INC.

By its attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7135
tfolkman@rubinrudman.com

Mark Bettilyon (pro hac vice forthcoming)
Jed Hansen (pro hac vice forthcoming)
THORPE NORTH & WESTERN, LLP
The Walker Center
175 S. Main Street, Suite 900
Salt Lake City, Utah 84111
(801) 566-6633
mark.bettilyon@tnw.com

Dated: April 25, 2024

CERTIFICATE OF SERVICE

      I certify that on April 25, 2024, I served this document by first-class mail, postage prepaid, and email on:

Carlin Phillips
cphillips@phillipsgarcia.com
Andrew J. Garcia
agarcia@phillipsgarcia.com
Phillips & Garcia, P.C.
13 Ventura Drive
North Dartmouth, MA 02747

                                                  */s/ Theodore J. Folkman*