UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA GONNEVILLE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>LENS.COM, INC.,<br><br>  Defendant. | Civ. A. No. 1:24-cv-11110 |

**ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION OF
MARK BETTILYON AND JED HANSEN**

  Pursuant to L.R. 83.5.3, the undersigned moves for the admission pro hac vice of:

| | |
|---|---|
| Mark Bettilyon<br>THORPE NORTH & WESTERN, LLP<br>The Walker Center<br>175 S. Main Street, Suite 900<br>Salt Lake City, Utah 84111<br>(801) 566-6633<br>mark.bettilyon@tnw.com | Jed Hansen<br>THORPE NORTH & WESTERN, LLP<br>The Walker Center<br>175 S. Main Street, Suite 900<br>Salt Lake City, Utah 84111<br>(801) 566-6633<br>hansen@tnw.com |

as attorneys for the defendant, Lens.com, Inc. Mr. Bettilyon's L.R. 83.5.3(e)(3) certification is attached as Exhibit 1, and Mr. Hansen's certification is attached as Exhibit 2. Counsel for the plaintiff has assented to this motion.

                    Respectfully submitted,

                    */s/ Theodore J. Folkman*

                    Theodore J. Folkman (BBO No. 647642)
                    RUBIN AND RUDMAN LLP
                    53 State St.
                    Boston, Mass. 02109
                    (617) 330-7135
                    tfolkman@rubinrudman.com

Dated: April 30, 2024

<u>CERTIFICATE OF COMPLIANCE</u>

I certify that I conferred with counsel for the plaintiff, who has assented to this motion.

*/s/ Theodore J. Folkman*