UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA GONNEVILLE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>LENS.COM, INC.,<br><br>      Defendant. | Civ. A. No. 1:24-cv-11110-PBS |

### **CERTIFICATION OF JED HANSEN**

I, Jed Hansen, certify, pursuant to L.R. 83.5.3, that:

1.     I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice; and

2.     I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

I certify that the foregoing is true and correct. Executed on April 29, 2024.

                                                                    */s/ Jed Hansen*

                                                                      Jed Hansen