UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA GONNEVILLE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>LENS.COM, INC.,<br><br>      Defendant. | Civ. A. No. 1:24-cv-11110 |

## **NOTICE OF APPEARANCE OF MARK BETTILYON**

To the Clerk:

    Please take notice of my appearance as attorney for the defendant, Lens.com, Inc.

    Respectfully submitted,

*/s/ Mark Bettilyon*

Mark Bettilyon (pro hac vice)
THORPE NORTH & WESTERN, LLP
The Walker Center
175 S. Main Street, Suite 900
Salt Lake City, Utah 84111
(801) 566-6633
mark.bettilyon@tnw.com

Dated: May 6, 2024.