UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANGELA GONNEVILLE, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.

LENS.COM, INC.,

      Defendant.

Civ. A. No. 1:24-cv-11110

## **NOTICE OF APPEARANCE OF JED HANSEN**

To the Clerk:

     Please take notice of my appearance as attorney for the defendant, Lens.com, Inc.

Respectfully submitted,

*/s/ Jed Hansen*

Jed Hansen (pro hac vice)
THORPE NORTH & WESTERN, LLP
The Walker Center
175 S. Main Street, Suite 900
Salt Lake City, Utah 84111
(801) 566-6633
hansen@tnw.com

Dated: May 6, 2024.

3841177_1