UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA GONNEVILLE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>LENS.COM, INC.,<br><br>  Defendant. | Civ. A. No. 1:24-cv-11110 |

**DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME**

The defendant moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to May 24, 2024, to answer or otherwise respond to the complaint. In support of this motion, the defendant states that it intends to file a motion to dismiss for failure to state a claim and to file a motion to transfer the action to the District of Nevada. Counsel for the plaintiff has stated that he intends to amend his complaint to add a claim under G.L. c. 93A, and the parties are in agreement that it is more efficient for the plaintiff to amend the complaint and the defendant to move to dismiss than for the defendant to move to dismiss twice. Counsel for the plaintiff has assented to this motion.

1

Respectfully Submitted,

LENS.COM, INC.

By its attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7135
tfolkman@rubinrudman.com

Mark Bettilyon (pro hac vice forthcoming)
Jed Hansen (pro hac vice forthcoming)
THORPE NORTH & WESTERN, LLP
The Walker Center
175 S. Main Street, Suite 900
Salt Lake City, Utah 84111
(801) 566-6633
mark.bettilyon@tnw.com

Dated: May 17, 2024

## CERTIFICATE OF COMPLIANCE

I certify that I conferred with counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*