# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA GONNEVILLE, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> LENS.COM, INC. <br><br> Defendant | C.A. NO.: 1:24-cv-11110 |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Plaintiff's counsel certifies that they have conferred with defense counsel regarding this Motion.

On behalf of the Plaintiff,

*/s/ Carlin J. Phillips*
Carlin J. Phillips, BBO#561916
PHILLIPS & GARCIA, P.C.
13 Ventura Dr., Dartmouth, MA 02747
(508) 998-0800 (t); (508) 988-0919(f)
cphillips@phillipsgarcia.com