## **Certificate of Service**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 21, 2024.

                                          */s/ Carlin J. Phillips*
                                          Carlin J. Phillips, BBO#561916
                                          PHILLIPS & GARCIA, P.C.
                                          13 Ventura Dr., Dartmouth, MA 02747
                                          (508) 998-0800 (t); (508) 988-0919(f)
                                          cphillips@phillipsgarcia.com